IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                Chapter 13

Billie  J Mcknight                                                   No.  08-00699

          Debtor                                        Hon.  A. Benjamin
                                                                                Goldgar

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

    Select Portfolio Servicing, Inc., Servicing agent for, The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Debtor is due for the May 1, 2009 post petition mortgage payment and each payment thereafter for a total default of $6,982.90 plus fees of $75.00 for filing this Notice.

    The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

    To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

                                                     Submitted by:

                                                          /s/ Susan J. Notarius
                                       Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679